## In re FRANKEL.

### Petition of MUNTER.

(Circuit Court of Appeals, Second Circuit. April 24, 1925.)

No. 183.

Bankruptcy ⚖➡414(2)—Refusal, on hearing of objection to discharge, to admit examination of bankrupt, held error.

Refusal, on hearing of creditor's objection to bankrupt's application for discharge, to admit in evidence the examination of the bankrupt, under Bankruptcy Act, § 21a (Comp. St. § 9605), held error.

Petition to Revise Order of the District Court of the United States for the Eastern District of New York.

In the matter of Harry Frankel, bankrupt. Petition by Charles E. Munter to revise an order of discharge in bankruptcy. Order reversed, and matter remitted, with directions.

Thomas B. Felder, of New York City, (Emanuel Harris, of New York City, of counsel), for petitioner.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. The bankrupt applied for his discharge; objection thereto was made, and upon the hearing of such objec-

tion the court refused to admit in evidence the examination of the bankrupt under section 21a of the Bankruptcy Act (Comp. St. § 9605); the offer of evidence being made by the objecting creditor. This was error, the point having been specifically ruled in Re Wilcox, 109 F. 628, 48 C. C. A. 567.

The order granting discharge is reversed, and the matter remitted to the court below, with directions to admit the rejected evidence and consider anew the petitioner's application for discharge. The petitioner will recover the costs of this court.